U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| LAVELLE MYERS | CIVIL ACTION NO. 06-1207-A |
|---|---|
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

IT IS ORDERED that Claim 2 (Jury Instruction, Penalty for Manslaughter), Claim 3 (Selection of Grand Jury Foreperson), and Claim 4b (Presumption of Sanity) be DENIED AND DISMISSED WITH PREJUDICE as technically exhausted by procedurally defaulted;

IT IS FURTHER ORDERED that Claims 1 (Capacity to Proceed) and 4a (Ineffective Assistance of Counsel) be DENIED AND DISMISSED WITH PREJUDICE pursuant to the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts; and

IT IS FURTHER ORDERED that Claim 5 (DNA Testing) be DENIED AND DISMISSED <u>WITHOUT</u> PREJUDICE because Petitioner failed to exhaust available state court remedies prior to filing his petition.

SIGNED on this 29th day of August, 2006, at Alexandria, Louisiana.

_____
DEE D. DRELL
UNITED STATES DISTRICT JUDGE